478 A.2d 128

Morgan, Appellant (at No. 604) v. Morgan, Appellant (at No. 605).

Argued March 21, 1984. Charles R. Coslett, for appellant (at No. 604) and appellee (at No. 605); Michael J. Cefalo, for appellant (at No. 605) and appellee (at No. 604).

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Order of the lower court is affirmed.

SPAETH, President Judge, and BECK, J., concurred in the result.